# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 13, 2013

## Before

FRANK H. EASTERBROOK, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

**No**. 12-1439

ROYCE BROWN,
    *Petitioner-Appellant*,

**v.**

JOHN F. CARAWAY, Warden,
    *Respondent-Appellee*.

Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division.

No. 2:12-cv-28-WTL-WGH
William T. Lawrence, *Judge*.

## Order

The opinion of this court issued on May 10, 2013, is amended as follows:

Page 32, line 13, "*Begay* and *Engel*" should be "*Bousley* and *Engel*";

Page 32, line 25, "*Begay* and *Engel*" should be "*Bousley* and *Engel*";

Page 32, 2nd paragraph, line 1, "*Begay* has a proviso" should be "*Bousley* has a proviso"; and

Page 36, 1st full paragraph, "Even if *Begay* were constitutional, and this were Brown's first collateral attack" should be revised to begin: "Even if this were Brown's first collateral attack".